**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:11-cv-00554-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

INTERNET BUSINESS CENTER, LLC, an Arizona limited-liability company;
CLIFFORD HOELZ, an individual; and
TIMOTHY ALEXANDER, an individual,

        Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE**

---

      Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on March 4, 2011, for copyright infringement against Defendants INTERNET BUSINESS CENTER, LLC, CLIFFORD HOELZ and TIMOTHY ALEXANDER (hereinafter "Defendants").  Righthaven and Defendants have agreed to settle the matter by a written agreement.  No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

    Dated this 4th day of April, 2011.

                                            By: /s/ Steven G. Ganim
                                            STEVEN G. GANIM, ESQ.
                                            RIGHTHAVEN LLC
                                            9960 West Cheyenne Avenue, Suite 210
                                            Las Vegas, Nevada 89129-7701
                                            Tel: (702) 527-5900
                                            Fax: (702) 527-5909
                                            sganim@righthaven.com

                                            *Attorneys for Plaintiff Righthaven LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 4th day of April, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
Steven G. Ganim, Esq.
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

Shawn A. Mangano, Esq.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven LLC*